IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JANE ALLEN     PLAINTIFF

VS.     CAUSE NO.: 1:20-CV-00234-GHD-DAS

STATE FARM FIRE AND
CASUALTY COMPANY, and
JOHN DOES 1-10     DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**UPON MOTION** made *ore tenus* by the parties for a dismissal of all claims made against Defendant, State Farm Fire and Casualty Company by Plaintiff, Jane Allen, the Court, being advised that a settlement between the parties has been reached, finds said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that all claims asserted herein, or which could have been asserted herein by Plaintiff, Jane Allen, against Defendant, State Farm Fire and Casualty Company, are hereby dismissed with prejudice with each party to bear their own costs and attorney fees. This Court retains jurisdiction to enforce any settlement reached between the parties.

**SO ORDERED**, this the 29th day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

*(Attorney Signatures on Page 2)*

Page 1 of 2

*AGREED AS TO SUBSTANCE AND FORM:*

/s/ Jessa K. Christian
**Jessa K. Christian, MSB # 105469**
*LANGSTON & LOTT, PLLC*
Post Office Box 382
Booneville, MS 38829-0382
(662) 728-9733
(662) 728-1992 [Fax]
kchristian@langstonlott.com
**Attorney for Plaintiff,**
**Jane Allen**


/s/ Roechelle R. Morgan
**Roechelle R. Morgan, MSB # 100621**
*WEBB SANDERS & WILLIAMS PLLC*
Post Office Box 496
Tupelo, Mississippi 38802-0496
(662) 844-2137
(662) 842-3863 [Fax]
rmorgan@webbsanders.com
**Attorneys for Defendant,**
**State Farm Fire and Casualty Company**
*(Order prepared by Roechelle R. Morgan*
*Webb Sanders & Williams)*